■ In the Matter of MARGARET A. JACKSON, Appellant, v ALLSTATE INSURANCE COMPANY, Respondent. [641 NYS2d 1022] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly denied petitioner's application to vacate respondent's lien (*see, McCormack v Anchor Sav. Bank*, 181 AD2d 580; *Giordano v Grand Prix Sales, Serv., Restoration Co.*, 113 Misc 2d 395, 400). We decline to exercise our discretion to impose sanctions or award counsel fees (*see*, 22 NYCRR 130-1.1; *Matter of Schulz v State of New York*, 175 AD2d 356, 357-358, *lv denied* 78 NY2d 862). (Appeal from Judgment of Supreme Court, Nassau County, Mc Caffrey, J.—Vacate Lien.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.